Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for CHRISTINA WHITE

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-cr-00435 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE MOTIONS SCHEDULE |
| vs. ) | (Note: Date Changed) |
| ) | Date:     February 27, 2006 |
| CHRISTINA WHITE, *et al.*, ) | Time:     9:00 a.m. |
| ) | Court:    Hon. Oliver W. Wanger |
| Defendants. ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant CHRISTINA WHITE:

  1. To continue the due date for defense motions, currently scheduled for February 27, 2006, to a new date of March 27, 2006;

  2. To continue the due date for the government's responses to motions currently scheduled for March 20, 2006, to a new date of April 20, 2006;

*Stipulation and Order to Continue Motions Schedule* 1

PDF created with pdfFactory trial version www.pdffactory.com

1               3.      To continue the hearing date on motions currently set for March 27, 2006,

2          to a new date of April 27, 2006.

3    IT IS SO STIPULATED.

4       Dated:  March 3, 2006:         /s/ Patience Milrod
                                        PATIENCE MILROD
5                                       Attorney for defendant
                                        CHRISTINA WHITE
6

7       Dated:  February 28, 2006:      /s/ Karen Escobar
                                        KAREN A. ESCOBAR
8                                       Assistant U.S. Attorney

9

10

11                              ORDER ON STIPULATION

12       Having received and reviewed the stipulation of the parties, and good cause

13   appearing therefor,

14       IT IS HEREBY ORDERED that that the hearing presently set for March 27, 2006,

15   at 9:00 a.m., be continued to April 27, 24, 2006 at 9:00 a.m.  Defense motions shall be

16   filed no later than March 27, and the government's responses no later than April 20,

17   2006.  The March 27, 2006 hearing date and previously-set motions schedule is hereby

18   vacated.

19       IT IS SO ORDERED.

20   Dated:       March 1, 2006          /s/ OLIVER W. WANGER

21                                       _____
                                         HON. OLIVER W. WANGER
22                                       Judge of the Eastern District

23

*Stipulation and Order to Continue Motions Schedule*                                    2

PDF created with pdfFactory trial version www.pdffactory.com