Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for CHRISTINA WHITE

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>  Plaintiff,      )<br>             )<br> vs.          )<br>             )<br>CHRISTINA WHITE, *et al.*, )<br>             )<br>      Defendants. ) | Case No. 05-cr-00435 OWW<br><br>STIPULATION AND ORDER TO<br>CONTINUE PLEA HEARING<br><br>Date:  June 26, 2006<br>Time:  9:00 a.m.<br>Court:  Hon. Oliver W. Wanger |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant CHRISTINA WHITE, to continue the plea hearing date in this matter currently set for May 26, 2006 at 9:30 a.m., to a new date of June 26, 2006 at 9:00 a.m.  The parties further agree to exclude time through and including June 26, 2006.

*Stipulation and Order to Continue Plea Hearing*

PDF created with pdfFactory trial version www.pdffactory.com

The parties request this continuance of the plea hearing, due to the fact that prior to the Court's rescheduling of this hearing, defense counsel had scheduled depositions for May 25 and May 26, 2006 in Monterey, California.

IT IS SO STIPULATED.

Dated:  May 26, 2006:        /s/ Patience Milrod
                             PATIENCE MILROD
                             Attorney for defendant
                             CHRISTINA WHITE

Dated: May 17, 2006:          /s/ Karen Escobar
                             KAREN A. ESCOBAR
                             Assistant U.S. Attorney

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for May 26, 2006, at 9:30 a.m., be continued to June 26, 2006 at 9:30 a.m.  Time is excluded through and including June 26, 2006.

IT IS SO ORDERED.

Dated:        May 24, 2006              /s/ OLIVER W. WANGER

                                        HON. OLIVER W. WANGER
                                        Judge of the Eastern District

*Stipulation and Order to Continue Plea Hearing*

PDF created with pdfFactory trial version www.pdffactory.com